IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TYRONE WALKER, | § | |
| | § | No. 358, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 1009006104 (N) |
| STATE OF DELAWARE, | § | 1102019692 (N) |
| | § | |
| Appellee. | § | |

Submitted: October 21, 2025
Decided: January 6, 2026

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## **ORDER**

After consideration of the appellant's opening brief, the appellee's motion to affirm, and the Superior Court record, we find it evident that the Superior Court's July 18, 2025 judgment should be affirmed on the basis of and for the reasons explained in the Superior Court's May 23, 2025 order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice